

Jamie R. Wozman
77 Water Street, Suite 2100
New York, New York 10005
Jamie.Wozman@lewisbrisbois.com
Direct: 212.232.1346

November 20, 2018

**VIA ECF**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 8B South
Chambers Room 921 South
Brooklyn, NY 11201

   Re: <u>Delfina Flores v. Paul J. Hooten, and Paul J. Hooten & Associates, PLLC</u>
     <u>No. 18-cv-05848-ILG-RML</u>

Dear Judge Glasser:

  We represent defendants Paul J. Hooten, and Paul J. Hooten & Associates, PLLC (collectively referred to herein as "Defendants") in the above-captioned matter. The deadline for Defendants to answer or otherwise respond to the Complaint is November 26, 2018. We are writing for the first time to request an extension of that deadline to January 7, 2019. Plaintiff's counsel has consented to such an extension.

  Thank you for your consideration of this matter.

             Sincerely,

             *Jamie Wozman*

             Jamie R. Wozman of
             LEWIS BRISBOIS BISGAARD & SMITH LLP

JRW
cc: VIA ECF
   Ahmad Keshavarz, Esq.
   The Law Office of Ahmad Keshavarz

*Attorneys for Plaintiff*
*Delfina Flores*
16 Court Street, 26th Floor
Brooklyn, NY 11241-1026